UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAROL ANN MCBRATNIE,

    Plaintiff,

v.

AMAZON.COM, INC.,

    Defendant.
_____/

Case No. 24-cv-12914
Hon. Matthew F. Leitman

**ORDER DENYING PLAINTIFF'S
MOTION FOR RECONSIDERATION (ECF No. 50)**

Plaintiff Carol Ann McBratnie is a former Amazon Flex Delivery Partner with Defendant Amazon.com, Inc. ("Amazon"). In this action, McBratnie brought several claims against Amazon arising out of her termination from the Flex Delivery Partner program. (*See* Am. Compl., ECF No. 9.) Amazon thereafter moved to compel arbitration, and McBratnie moved for a preliminary injunction. (*See* Mots., ECF Nos. 19, 25.)

On July 22, 2025, the Court issued an order in which it granted Amazon's motion to compel arbitration and denied McBratnie's motion for an injunction. (*See* Order, ECF No. 49.) On August 5, 2025, McBratnie filed a motion for reconsideration. (*See* Mot., ECF No. 50.) The Court has carefully reviewed that motion, and McBratnie has not persuaded the Court that it erred in its resolution of

the parties' motions. Accordingly, McBratnie's motion for reconsideration (ECF No. 50) is **DENIED**.

    **IT IS SO ORDERED**.

                                                 s/Matthew F. Leitman  
                                                 MATTHEW F. LEITMAN  
                                                 UNITED STATES DISTRICT JUDGE

Dated: August 11, 2025

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 11, 2025, by electronic means and/or ordinary mail.

                                                 s/Holly A. Ryan  
                                                 Case Manager  
                                                 (313) 234-5126