UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAROL ANN MCBRATNIE,

    Plaintiff,

v.

AMAZON.COM, INC.,

    Defendant.

Case No. 24-cv-12914
Hon. Matthew F. Leitman

_____/

## ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL (ECF No. 57)

On July 22, 2025, this Court granted Defendant Amazon.com, Inc.'s motion to compel arbitration. (*See* Order, ECF No. 49.) Plaintiff Carol Ann McBrantie then filed a motion for reconsideration (*see* Mot., ECF No. 50), and the Court denied that motion in a written order dated August 11, 2025. (*See* Order, ECF No. 53.) McBrantie has now filed a notice of appeal of the Court's ruling. (*See* Notice, ECF No. 54.) In connection with that appeal, McBrantie has filed a motion to proceed *in forma pauperis* on appeal. (*See* Mot., ECF No. 57.) The Court has reviewed the motion, and because the Court concludes that McBrantie should be permitted to proceed *in forma pauperis* on appeal, the motion is **GRANTED**.

    **IT IS SO ORDERED**.

Dated: September 4, 2025

                  s/Matthew F. Leitman
                  MATTHEW F. LEITMAN
                  UNITED STATES DISTRICT JUDGE

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 4, 2025, by electronic means and/or ordinary mail.

                                         s/Holly A. Ryan
                                         Case Manager
                                         (313) 234-5126